# United States Court of Appeals
## For the First Circuit

No. 10-2315

UNITED STATES OF AMERICA,

Appellee,

v.

VIGGENS GUERRIER,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on December 22, 2011 is amended as follows:

On page 15, line 12, change "German and Bennett" to "German and Galeano"